# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **J.L.W.,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 5:14-cv-00635-RDP-SGC |
| **KIM THOMAS,** | } |
| **Defendant.** | } |

## MEMORANDUM OPINION

On February 9, 2015, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. Plaintiff responded on March 5, 2015 by requesting the court to dismiss this action.

After careful consideration, all claims against all defendants in this action are **DISMISSED WITH PREJUDICE**.

A separate order in accordance with this Memorandum Opinion will be entered.

**DONE** and **ORDERED** this March 9, 2015.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE